# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 1, 2025

Lyle W. Cayce
Clerk

No. 24-11049
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Ray Charles Williams,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-97-2

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Ray Charles Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Williams has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Williams's claims of

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Williams's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.